**In re ROLFE.**

**ROLFE v. SWOPE.**

Circuit Court of Appeals, Ninth Circuit.

May 18, 1938.

Cecil C. Rolfe, in pro. per.

WILBUR, Circuit Judge.

Appeal is allowed, to be heard upon typewritten transcript filed with the petition for leave to appeal and upon typewritten briefs. Application for leave to proceed in forma pauperis is denied in view of the certificate of the trial judge that the appeal is frivolous and not taken in good faith.